UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARMANE SMITH,

                Plaintiffs,

       -against-

SANYO CORPORATION,

                Defendant.

19-CV-10516 (CM)

CIVIL JUDGMENT

     Pursuant to the order issued January 17, 2020, dismissing the complaint,

     IT IS ORDERED, ADJUDGED, AND DECREED that under the December 2, 2016 order in *Smith v. Chase Bank*, ECF 1:11-CV-2270, 8 (S.D.N.Y. Dec. 2, 2016), the complaint is dismissed without prejudice.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

     IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 17, 2020
           New York, New York

                                              COLLEEN McMAHON
                                         Chief United States District Judge